UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINA GARCIA ICAL (A# 221-489-305), | No.  1:26-cv-02344 DJC SCR |
| Petitioner, | |
| v. | ORDER |
| WARDEN, | |
| Respondent. | |

Petitioner is a federal immigration detainee proceeding pro se with a habeas corpus action pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 28, 2026, the undersigned granted Respondent's motion to lift the "no transfer" order.  ECF No. 11.  The undersigned did so after determining that the statutory authority for Petitioner's detention shifted to 8 U.S.C. § 1231(a) on April 7, 2026, after both Petitioner and the government waived their rights to appeal the final order of removal issued by an immigration judge ("IJ") on the same day.  Id. at 2 (citing 8 C.F.R. § 1003.39).  Thus, the 90-day removal period ends on or around July 6, 2026.  See 8 U.S.C. § 1231(a)(1)(B)(i).

"If the [noncitizen] does not leave or is not removed within the removal period, the [noncitizen], pending removal, shall be subject to supervision under regulations prescribed by the

1

Attorney General." 8 U.S.C. § 1231(a)(3). ICE "may" only continue to detain the noncitizen after the 90-day removal period under certain circumstances, including when the noncitizen is removable on grounds of being convicted of certain criminal offenses. 8 U.S.C. § 1231(a)(6). Accordingly, by this order, the undersigned additionally orders Respondent to file a status report no later than July 13, 2026, indicating Petitioner's removal and/or detention status consistent with the instructions below.

<strong>CONCLUSION</strong>

Accordingly, IT IS HEREBY ORDERED that no later than July 13, 2026, respondents shall file a status report indicating whether petitioner: (1) was removed during the removal period; (2) released on supervision after expiration of the removal period; or (3) remains detained pursuant to 8 U.S.C. § 1231(a)(6).

DATED: May 5, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE