UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DINA GARCIA ICAL (A# 221-489-305),

Petitioner,

v.

WARDEN,

Respondent.

No. 1:26-cv-02344 DJC SCR

FINDINGS & RECOMMENDATIONS

Petitioner, a federal immigration detainee proceeding pro se, filed a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The assigned District Judge referred the action to the undersigned pursuant to Local Rule 302(c) and 28 U.S.C. § 636(b)(1). ECF No. 5.

On April 28, 2026, the undersigned granted Respondent's motion to lift the "no transfer" order after determining that Petitioner was within the 90-day "removal period" and thus subject to mandatory detention under 8 U.S.C. § 1231(a)(1)-(2). ECF No. 11 at 2. The undersigned ordered Respondent to file a status report at the expiration of the removal period indicating whether Petitioner had been removed, was released on supervision, or remained detained pursuant to 8 U.S.C. § 1231(a)(6). ECF No. 12. On June 30, 2026, Respondent timely notified the Court and provided evidence that Petitioner was removed on or around May 23, 2026, prior to the expiration of the removal period. ECF Nos. 13, 13-1.

Petitioner's removal from the United States moots her pending challenge to her

immigration detention. See Abdala v. I.N.S., 488 F.3d 1061, 1065 (9th Cir. 2007) (holding that since petitioner's "habeas claims challenged only the length of his detention, as distinguished from the lawfulness of the deportation order… [h]is petition was… moot by his removal"). As a result, the undersigned recommends that Petitioner's § 2241 petition be denied and the Parties' remaining pending motions be denied as moot.

**CONCLUSION**

Accordingly, IT IS HEREBY RECOMMENDED that:

1. Petitioner's application for a writ of habeas corpus (ECF No. 1) be denied as moot based on her removal from the United States.

2. Respondent's motion to dismiss (ECF No. 7) asserting Petitioner was subject to mandatory detention under 8 U.S.C. § 1225(b)(2) be DENIED as moot.

3. Petitioner's motion to appoint counsel (ECF No. 2) be DENIED as moot.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within **fourteen days** after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: July 13, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE