UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINA GARCIA ICAL (A# 221-489-305),<br>Petitioner,<br>v.<br>WARDEN,<br>Respondent. | No. 1:26-cv-02344 DJC SCR<br><br>ORDER |

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 14, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The Magistrate Judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 14) are adopted in full.

2. Petitioner's application for a writ of habeas corpus (ECF No. 1) is denied as moot based on her removal from the United States.

3. Respondent's motion to dismiss (ECF No. 7) asserting Petitioner was subject to mandatory detention under 8 U.S.C. § 1225(b)(2) is DENIED as moot.

4. Petitioner's motion to appoint counsel (ECF No. 2) is DENIED as moot.

5. The Clerk of the Court shall close this case.

IT IS SO ORDERED.

Dated: **August 7, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE